IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAMION COLIN SCOTT,**<br>　　　　　**Petitioner,** | **CIVIL ACTION** |
| v. | |
| **WARDEN OF THE FEDERAL DETENTION CENTER OF PHILADELPHIA,**<br>　　　　　**Respondent.** | **NO. 25-cv-1941** |

# ORDER

**AND NOW** this 8th day of July, 2025, upon consideration of Damion Colin Scott's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE** because the form submitted did not include the required Certification of Prisoner's Institutional Account Balance.

2. If Mr. Scott seeks to proceed with this case he must, within thirty (30) days of the date of this Order, either (1) pay the required $5 filing fee to the Clerk of Court, or (2) complete and return the application to proceed *in forma pauperis*, including the required certification of prison assets signed by a prison official, to the Clerk of Court.

3. The Clerk of Court is **DIRECTED** to furnish Mr. Scott with a blank copy of this Court's current application to proceed *in forma pauperis* (short form) bearing the above civil action number. Mr. Scott may use this form to seek leave to proceed *in forma pauperis*, if he cannot afford to pay the fees to commence this case.

4. If Mr. Scott fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**