IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMION COLIN SCOTT,<br>　　　　　Petitioner,<br><br>v.<br><br>WARDEN OF THE FEDERAL<br>DETENTION CENTER OF<br>PHILADELPHIA,<br>　　　　　Respondent. | CIVIL ACTION<br><br><br><br>NO.  25-cv-1941 |

## O R D E R

**AND NOW**, this 8th day of September, 2025, it is **ORDERED** that this case is **DISMISSED** for failure to prosecute.[1]

BY THE COURT:

/s/ Hon. Kelley B. Hodge

─────────────────────────────
　　　HODGE, KELLEY B., J.

---

[1] On July 8, 2025, this Court ordered Mr. Scott to complete and return the application to proceed *in forma pauperis*, including the required certification of prison assets signed by a prison official, or to pay the required $5 filing fee. (ECF No. 4.) The Order informed Mr. Scott that his failure to file this form may result in dismissal of his case for failure to prosecute. Because Mr. Scott did not file the required application to proceed *in forma pauperis*, nor did he pay the required $5 filing fee to the Clerk of Court, his case is dismissed for failure to prosecute.